1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
3  A Professional Law Corp.
   1055 Lincoln Avenue
4  Post Office Box 5025                **E-filed 6/6/05**
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile: (408) 295-7444
6

7  /ne

8  Attorney for Plaintiff

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12 JOHN E. BURRIS,                     ) No. 04-05059 JF
                                       )
13             Plaintiff,              )
                                       )
14                                     ) STIPULATION AND ORDER
   v.                                  )
15                                     )
                                       )
16 JO ANNE B. BARNHART,                )
   Commissioner, Social Security       )
17 Administration,                     )
                                       )
18             Defendant.              )
   _____ )
19

20     Plaintiff and Defendant, through their respective attorneys,

21 hereby stipulate that Plaintiff shall have a third and final

22 extension of time up through and including Monday, June 20, 2005

23 in which to e-file his Motion for Summary Judgment.  This

24 extension is necessitated by the number of other cases

25 Plaintiff's counsel currently has before the district court that

26 also require briefing.

27

28

                                    1
STIPULATION AND ORDER

```
                                        _____
                                        KEVIN V. RYAN
                                        United States Attorney




Dated: June 3, 2005                          /s/
                                        _____
                                        SARA WINSLOW
                                        Assistant U.S. Attorney




Dated: June 3, 2005                          /s/
                                        _____
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        JOHN E. BURRIS


IT IS SO ORDERED.


                                        /s/electronic signature authorized
Dated: June 6, 2005                     _____
                                        HON. JEREMY FOGEL
                                        U.S. District Judge
```

STIPULATION AND ORDER

2