```
1  HARVEY P. SACKETT (72488)
2  SACKETT
   AND ASSOCIATES
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile: (408) 295-7444
6

7  /ne

8  Attorney for Plaintiff

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12 JOHN E. BURRIS,                    ) No. 04-05059 JF
                                      )
13           Plaintiff,               )
                                      )
14                                    )
   v.                                 ) STIPULATION AND ORDER
15                                    )
                                      )
16 JO ANNE B. BARNHART,               )
   Commissioner, Social Security      )
17 Administration,                    )
                                      )
18           Defendant.               )
                                      )
19
         Plaintiff and Defendant, through their respective attorneys,
20
   hereby stipulate that Plaintiff shall have a fourth and final
21
   extension of time up through and including Monday, June 27, 2005
22
   in which to e-file his Motion for Summary Judgment.  Plaintiff's
23
   counsel intended to file the Motion for Summary Judgment on or
24
   before June 20, 2005.  Regretfully, the legal assistant
25
   responsible for completing the necessary word processing will be
26
   out of the Bay Area starting on June 16, 2005 for approximately
27
   one week.
28
                                      1
   STIPULATION AND ORDER
```

```
 1
 2
 3
 4                                          _____
                                            KEVIN V. RYAN
 5                                          United States Attorney
 6
 7
 8  Dated: June 16, 2005                    /s/_____
                                            SARA WINSLOW
 9                                          Assistant U.S. Attorney
10
11
12  Dated: June 16, 2005                    /s/_____
                                            HARVEY P. SACKETT
13                                          Attorney for Plaintiff
                                            JOHN E. BURRIS
14
15  IT IS SO ORDERED.
16
17  Dated: 6/21/05                          (s/electronic signature authorized)___
                                              HON. JEREMY FOGEL
18                                            U.S. District Judge
19
20
21
22
23
24
25
26
27
28

                                     2
    STIPULATION AND ORDER
```