HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A Professional Law Corp.

**E-filed 1/6/06**

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/ne

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. BURRIS,<br><br>        Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner, Social Security Administration,<br><br>        Defendant. | ) No. 04-05059 JF<br>)<br>)<br>)<br>) STIPULATION AND ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Thursday, January 19, 2006 in which to e-file his Reply to the Defendant's Cross-Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1
STIPULATION AND ORDER

1
2
3                                         _____
                                          KEVIN V. RYAN
                                          United States Attorney
4
5
6  Dated: December 23, 2005               /s/_____
                                          SARA WINSLOW
7                                         Assistant U.S. Attorney
8
9
10 Dated: December 21, 2005                    /s/_____
                                          HARVEY P. SACKETT
11                                        Attorney for Plaintiff
                                          JOHN E. BURRIS
12
13 IT IS SO ORDERED.
14
15 Dated: 1/6/06                          /s/electronic signature authorized
                                          _____
                                          HON. JEREMY FOGEL
16                                        U.S. District Judge
17
18
19
20
21
22
23
24
25
26
27
28

                                    2
STIPULATION AND ORDER