HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

\*\*E-filed 1/26/06\*\*

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN E. BURRIS, | ) | No. 04-05059 JF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Monday, February 20, 2006 in which to e-file his Reply to the Defendant's Cross-Motion for Summary Judgment.  This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

|  |  |
|---|---|
|  | /s/<br>KEVIN V. RYAN<br>United States Attorney |
| Dated: January 19, 2006 | /s/<br>SARA WINSLOW<br>Assistant U.S. Attorney |
| Dated: January 19, 2006 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>JOHN E. BURRIS |

IT IS SO ORDERED.

Dated:   1/26/06

_____
HON. JEREMY FOGEL
United States District Judge

2

STIPULATION AND ORDER