**E-filed 5/1/06**

1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN E. BURRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO.  04-05059 JF<br><br>STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay FOUR THOUSAND DOLLARS ($4,000.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action.  The check is to be payable to plaintiff's counsel:

> HARVEY P. SACKETT
> P.O. BOX 5025
> SAN JOSE, CA 95150-5025
> (408) 295-7755;  FAX:  7444
> hps@hpspc.com; lucyc@sackettlaw.com

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice Act.

3. Payment of the FOUR THOUSAND DOLLARS ($4,000.00) EAJA fees incurred in this

1  court action, will constitute a complete release from and bar to any and all claims, rights, causes of
2  action, liens or subrogated interests relating to attorney fees pursuant to the EAJA, or costs as a result
3  of this court action.

Dated: April 13, 2006
        /s/
HARVEY P. SACKETT
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: April 13, 2006    By:    /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 4/27/06

JEREMY FOGEL
United States District Judge

BURRIS, EAJA STIP (jf)
C 04-05059 JF    2